JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Email: richard.colonna@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD HOLMES, individually,<br><br>Plaintiff,<br><br>v.<br><br>SETH JAMES BROWN, individually; DOES I – X and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01487-APG-VCF<br><br>**Stipulation and Order**<br><br>**(First Request)** |

Following the United States' removal of this case from Nevada state court and the United States' substitution as the defendant in place of Seth James Brown by operation of law under 28 U.S.C. § 2679(d)(2), the parties hereby stipulate to extend the time for the United States to file an Answer or otherwise respond to Plaintiff's Complaint to November 21, 2023, which is 60 days after the filing of the Petition for the removal of this case from state court (ECF No. 1).

This extension will allow undersigned counsel adequate time to receive and review any file materials or information from the client agency, the United States Air Force.

Undersigned defense counsel has consulted with Plaintiff's counsel, Mr. Randall, who advises that he does not object to the request for extension requested herein.

For the above reasons, Defendant United States respectfully requests this extension of time, to November 21, 2023, to file an Answer or otherwise respond to Plaintiff's Complaint.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 3rd day of October 2023.

| ER INJURY ATTORNEYS | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| /s/ Justin G. Randall<br>JUSTIN G. RANDALL, ESQ.<br>Nevada Bar No. 12476<br>1700 S. Pavilion Center Drive Ste #530<br>Las Vegas, NV 89135<br>*Attorney for Plaintiff* | /s/ R. Thomas Colonna<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101 |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 10-6-2023